IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01896-RPM

DANVIS SMITH,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO;
CHIEF OF POLICE GERALD R. WHITMAN, in his official and individual capacity;
MANAGER OF SAFETY ALVIN LACABE, in his official and individual capacity;
OFFICER JOSEPH P. FLYNN, in his official and individual capacity,

    Defendants.

## ORDER DISMISSING DEFENDANTS WHITMAN AND LACABE

Pursuant to the parties' Stipulation for Dismissal of Defendants Whitman and LaCabe with Prejudice, filed December 17, 2009 [26], it is

ORDERED that the stipulation is approved and defendants Gerald R. Whitman and Alvin LaCabe are dismissed with prejudice and each party shall bear the responsibility for their own costs and attorney's fees.

Dated: December 18th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P.    Matsch, Senior District Judge