IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01896-RPM

DANVIS SMITH,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO;
OFFICER JOSEPH P. FLYNN, in his official and individual capacity,

      Defendants.

---

ORDER DISMISSING DEFENDANT CITY AND COUNTY OF DENVER

---

      Pursuant to the parties' Stipulation for Dismissal of Defendant City and County of Denver without Prejudice, filed January 5, 2010 [28], it is

      ORDERED that the stipulation is approved and defendant City and County of Denver is dismissed without prejudice and each party shall bear the responsibility for their own costs and attorney's fees.

      Dated: January 6th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge