IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01896-RPM-MJW

DANVIS SMITH,

Plaintiff,

v.

OFFICER JOSEPH P. FLYNN,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Unopposed Motion for Leave to Attend Settlement Conference by Telephone **(Docket No. 40)** is **DENIED**.

Date: August 12, 2010